# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:
E-MAIL:       (212) 447-4635
        Rgonzalez@rubinfiorellla.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/31/13
```

December 23, 2013

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul Gardephe
_____
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 31, 2013

*[Handwritten note: The conference is adjourned to Feb. 13, 2014 at 10:30 A.M. Defendant's proposed motion to transfer will be addressed at that time. Defense counsel may appear telephonically.]*

**Via:** **Via ECF And Regular Mail**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**Re:**  **MARKEL AMERICAN INSURANCE COMPANY v. RAYMOND LLOYD**
 **Venue:** U.S. District Court, Southern District of New York
 **Case:** 13-cv-07606 (PGG)
 **Our File:** 0625.25540

Dear Judge Gardephe:

We represent plaintiff, MARKEL AMERICAN INSURANCE COMPANY (MAIC), in the above Complaint for Declaratory Judgment. Your Honor has scheduled an initial pretrial conference for **Friday, January 3, 2014, at 10:00 a.m.**

In accordance with Your Honor's Order of **December 03, 2013**, the parties are to submit a joint letter and Case Management Plan no later that December 27, 2013. Unfortunately, due to conflicting schedules and the holidays, the parties have not been able to confer fully on this matter. Furthermore, this counsel is scheduled to be away until December 30, 2013.

Therefore, we respectfully request a 30 day adjournment of the initial pretrial conference, to allow the parties sufficient time to confer, and to provide Your Honor with a joint letter and Case Management Plan.

Honorable Paul G. Gardephe
United States District Court
December 23, 2013
Page 2 of 2

    We thank Your Honor for your attention to this matter.

                              Very respectfully,

                              **RUBIN, FIORELLA & FRIEDMAN LLP**
                              *Attorneys for Plaintiff*

                              Richard González
                              630 Third Avenue, 3rd Floor
                              New York, NY 10017
                              Tel: 212-953-2381
                              Fax: 212-953-2462
                              E-mail: Rgonzalez@rubinfiorella.com

RG/bl

**Copy:** **Via E-mail (info@cunninghamlawyers.com)**
        **and Regular Mail**

Joseph F. Cunningham, Esq.
Cunningham & Associates, PLC
1600 Wilson Boulevard, Suite 1008
Arlington, Virginia 22209
*Attorneys for Defendant*

RUBIN, FIORELLA & FRIEDMAN LLP